UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                             **Case No.  6:23-cv-1043-CEM-DCI**

**MARY JANE FACCIPONTI and
JOANN SORENSEN,**

       **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the United States' Motion for Default Judgment ("Motion," Doc. 34). The United States Magistrate Judge issued a Report and Recommendation (Doc. 36), recommending that the Motion be granted in part and denied in part—awarding default judgment as to damages sought against Defendants but denying the United States' demand for pre- and post-judgment interest "or, alternatively, that the United States be directed to file supplemental briefing in support of its . . . demand." (*Id.* at 10).

The United States filed a Notice of Non-Objection ("Notice," Doc. 37), "forego[ing] any claim for pre-judgment interest, and [ ] only seek[ing] entry of a judgment that includes post-judgment interest," citing 28 U.S.C. § 1961. (*Id.* at 1). That provision states, in relevant part: "Interest shall be allowed on any money

judgment in a civil case recovered in a district court," 28 U.S.C. § 1961(a), and sets forth the method of computation, *id.* § 1961(b).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and in light of the United States' filed Notice (Doc. 37), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order.

2. The Motion (Doc. 34) is **GRANTED in part** and **DENIED in part**.

   a. The Motion is **GRANTED** to the extent the United States is awarded default judgment in damages against Defendant Facciponti in the amount of $780,500.00 plus post-judgment interest and Defendant Sorensen in the amount of $650,000.00 plus post-judgment interest. If either Defendant pays toward that Defendant's individual judgment, then the United States shall decrease the amount of the remaining liability owed for both Defendants.

   b. The Motion is otherwise **DENIED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants in accordance with this Order.

**DONE** and **ORDERED** in Orlando, Florida on August 21, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record